## Case No. 16,954.

### VIOLETTE v. BALL.

[2 Cranch, C. C. 102.] [1]

Circuit Court. District of Columbia. June Term, 1814.

SLAVERY—RIGHT TO FREEDOM.

A slave does not acquire a right to freedom by being sent from Washington to Virginia for sale. and. not being sold, brought back after eight or nine months' absence.

Petition for freedom [by the negro Violette against Henry W. Ball].

[1] [Reported by Hon. William Cranch, Chief Judge.]

[1] [Reported by Hon. William Cranch, Chief Judge.]

THE COURT (THRUSTON, Circuit Judge, absent) refused to instruct the jury that the petitioner was entitled to freedom by being sent from the city of Washington to Virginia for sale, and, not being sold, brought back to the city, after an absence of eight or nine months.